IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN - 4 2009

FILED

United States of America,
    Plaintiff,

v.                                              Civil No. 07-90-JD

Melissa Long Murphy a/k/a
Melissa Enayat-Robinson,
    Defendant,

and

St. Francis of Assisi Parish,
    Garnishee.

### ASSENTED-TO FINAL ORDER OF CONTINUING GARNISHMENT

The parties, the United States of America, plaintiff, and Melissa Enayat-Robinson, defendant, agree and stipulate as follows:

1. A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee on May 18, 2009. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on May 27, 2009, stating that at the time of service of the Writ, it had in its possession, custody, or control, personal property in the form of non-exempt disposable earnings belonging to and due defendant, Melissa Enayat-Robinson, and that Garnishee was indebted to defendant in the bi-weekly non-exempt disposable amount of approximately $209.51.

2. The defendant, Melissa Enayat-Robinson, was served with a copy of the Application, Clerk's Notice and Writ of Continuing Garnishment on May 16, 2009.

3. The defendant, Melissa Enayat-Robinson, waives her right to a hearing pursuant to 28 U.S.C. § 3205.

   4.   The parties agree and stipulate to the entry of a final order of continuing garnishment against the defendant, Melissa Enayat-Robinson, in the amount of seventy five and 00/100 dollars ($75.00) from the defendant's bi-weekly non-exempt disposable earnings from the first full pay period after May 18, 2009, until the Judgment is paid in full or the Garnishee no longer has possession, custody, or control of any property belonging to the defendant or until further Order of this Court.

   5.   Payments shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

   6.   The defendant shall keep the United States currently informed, in writing, of any change in her employment, place of residence, or telephone number.  Defendant shall provide such information to the United States Attorney's Office at the address listed in paragraph 5 above.

                                    Respectfully submitted,

MELISSA ENAYAT-ROBINSON           MICHAEL J. GUNNISON
Pro Se Defendant                   Acting United States Attorney


By: /s/ Melissa Enayat-Robinson   By: /s/ Michael T. McCormack
Melissa Enayat-Robinson            Michael T. McCormack (16470)
66 Pepperidge Drive                Assistant U.S. Attorney
Manchester, NH 03103               53 Pleasant Street, 4th Floor
                                   Concord, NH 03301
                                   Michael.McCormack2@usdoj.gov

Dated: June 2, 2009                Dated: June 2, 2009

APPROVED AND SO ORDERED THIS 4TH DAY OF June , 2009.

*Joseph N. DiClerico*
U.S. District Court Judge